ARTHUR ROMANO, Respondent, v. EMANUEL MURRAY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the

defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.